8:23cv 2278 KKM-AAS

## Complaint

Plaintiff, Lacardo R. Burden is an individual and now, is at all times mentioned in this complaint was a non-resident alien of Florida Republic.

Defendant, (STATE OF FLORIDA, (JUDGE) Michael Williams and Tampa Police Department) is now and at all times mentioned in this complaint. Was a resident of HILLSBOROUGH County, FLORIDA. A corporation organized and existing under laws of FLORIDA engaged in business of THIRTEENTH JUDICIAL CIRCUIT Court, with principle offices located at 700 E. TWIGGS STREET P.O. BOX 172910 Tampa, FL 33672-0910.

Defendants, Michael Williams (JUDGE)
Alexa M. Cline - State ATT # 1007929
Susan S. Lopez - STATE ATT
Robert S. Stevens - Legal Asst
Daniel Goldstein - STATE ATT 881589
Marcia Vanessa Lucas - STATE ATT Asst # 1738891

Plaintiff, is ignorant of the true names and capacities of most defendants prior to this case #23-CF-006291 which is in conflict of interest with case #21-CF-012159A. Plaintiff is currently incarcerated under case #23-CF-006291-A and will amend this complaint to allege there true names and capacities when ascertained for case #21-CF-012159-A.

Plaintiff, is now and at all times mentioned in this complaint is the owner of real property in both cases #21-CF-012159-A and 23-CF-006291. Located in HILLSBOROUGH COUNTY, FLORIDA; and more particularly described as follows on the FLORIDA SECURED TRANSACTION Registry, five consecutive years property listings were filed with the STATE AND COURTS had knowledge of exclusive status beyond reasonable doubt. Plaintiffs, status know as, U.S. National/secured party creditor with a remittance #number.

In reference to case #21-CF-012159-A plaintiff was conspired upon, armed home-invasion under false allegations, kidnapped and wrongful detention.

Upon detention, plaintiff was forced and coerced to fight for his life against a malicious prosecution that could've on the contrary, may cost prision time. During case # 21-CF-012159-A plaintiff was denied all legal remedies, basically due process and ultimately descriminated upon before the courts.

In case # 23-CF-006291 on or bout 6-12-23, 6-27-23, 7-04-23 and a number of times after shown on the kiosk in communication with Paige Tucker, plaintiff demanded the defendants stop their wrongful conduct. Each of them failed and refused and still fail and refuse to refrain from their wrongful conduct.

In conjunction, with deprivation of rights under color of law, defendant's are clearly in violation of article 9 of the Uniform Commercial Code. The traveler (Roderick Foster) operating the automobile had no license nor registration with the state OF FLORIDA. There is no requirement to registar with the STATE under Article 9 of the Uniform Commercial Code. That left the automobile

In a private capacity. Opposes the fact that if the automobile were to be registered, then the automobile would be subject to regulations on the highways and thereof. Meaning tickets, traffic stops, seizures and evidently state holding title if registered. Wrongful conduct, unless and until enjoyed and restrained by order of this court, will cause great and irrepairable injury to plaintiff. Plaintiff will be forever in fear for his pursuit of happiness, due to a conspiracy case #21-CF-012159-A and 23-CF-006291 A organized crime. "In that, plaintiff is denied, the full and peaceful enjoyment of his property."

Plaintiff, has no adequate remedy at law for the injuries currently being suffered, in that it will be impossible for plaintiff to determine the precise amount of damage the plaintiff will suffer if defendants conduct is not restrained, compared to the amount of damages already occured. At the moment plaintiff's competency is being questioned, under false assumptions.

As a result to Defendant's wrongful conduct plaintiff has been damaged in the sum of 50,000,000 plaintiff will be further damaged in the manner so long as defendant's conduct continues. THe full amount of such damage is not known to plaintiff and plaintiff will amend this complaint to state such amount when damages become known to plaintiff or on such proof of damage:

- 18 U.S.C. § 1001 Armed Wrongful Assumption of Status
- 23 C.F.R. § Armed Wrongful misrepresentation personage

Date: 10/3/23

Respectfully Submitted,
Attorney At Fact's:

R. B_____